Jeremiah W. Balik
1223 Wilshire Blvd #777
Santa Monica, CA 90403
424-280-2981 or AngelsCamp3D@gmail.com
Plaintiff In Pro Per

RECEIVED
2015 NOV 23 A 9: 23
Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JEREMIAH W. BALIK,** | Case No.: 15-cv-04556-JST |
| **Plaintiff,** | **2ND AMENDED COMPLAINT** |
| vs. | **DEMAND FOR JURY TRIAL** |
| **TOY TALK,INC & MATTEL, INC** | |
| **Defendants** | |

**JURISDICTION**

1. This court has jurisdiction under 28 U.S.C. § 1331. Federal Question Jurisdiction arises pursuant to 35 U.S.C. § 101, 35 U.S.C. § 103, 35 U.S.C. § 102, Pre-AIA 35 U.S.C § 102(c), 35 U.S.C. § 284 , 35 U.S.C. § 154, Conversion, and Diversity Jurisdiction 28 U.S. Code § 1332 - The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between— citizens of different States – Amount Demanded, $23,777,000

## VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because one of the Defendants lives in this district.

## PARTIES

1. Plaintiff, Jeremiah W. Balik, mailing address at 1223 Wilshire Blvd, #777, Santa Monica, CA 90403 (424) 280-2981 Resides in Santa Barbara, CA

2. Defendants reside at 1.) Toy Talk, Inc 74 Tehama Street, San Francisco, CA 94105 (415) 932-6292 2.) Mattel, Inc 333 Continental Blvd, El Segundo, CA 90245-5012 (310) 252-2000 Counsel for Toy Talk, James F. Valentine, Perkins Coie, LLP, 3150 Porter Drive, Palo Alto, CA 94304-1212 650-838-4300 JValentine@perkinscoie.com Counsel for Mattel, Lee John Papageorge, In House Counsel, Mattel, Inc, M/S M1-1518, 333 Continental Blvd, El Segundo, CA 90245-5012 (310) 252-4067 lee.papageorge@mattel.com

## STATEMENT OF FACTS/COUNTS

3. Plaintiff filed a non-provisional utility patent on 19MAR10. Art Unit 3711, Class 446, Sub class 397, Publication Date #: US 2011-0230116 A1, Examiner Alyssa Marie Hylinksi Patent 12/659,756 -"Bluetooth Speaker Embed Toyetic"; was put in abandoned status by the USPTO for "failure to respond to an office action" on or about 24MAY2012. [last status date 08JAN2013] Patent filing receipt hereto attached as Exhibit 1.

4. Plaintiff's published Patent method entails embedding mini Bluetooth speakers (E.g. Sound ID to manufacture) inside plush, action-figures, dolls etc. The embedded Bluetooth speaker would be paired with a Bluetooth capable smart device. [E.g. iPad, iPhone, iPod Touch, Droid, Computer etc] The smart device would have a toy company [E.g. Hasbro, Mattel etc] application on it; that is essentially a repository for sayings, talking, sound effects, music and other noises.