UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH W. BALIK,<br><br>    Plaintiff,<br><br>    v.<br><br>TOY TALK, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-04556-JST<br><br>**ORDER RE: AMENDED COMPLAINT AND DEADLINE FOR RESPONSIVE PLEADING** |

    Plaintiff Jeremiah W. Balik filed this patent infringement action on October 2, 2015. ECF No. 1. Defendants filed a joint motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on November 19, 2015. Plaintiff Balik filed an amended complaint on November 23, 2015. ECF No. 27.

    A party may amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b). Fed. R. Civ. P. 15; St. Michael's Convalescent Hosp. v. State of Cal., 643 F.2d 1369, 1374 (9th Cir. 1981). Plaintiff Balik's amended complaint was timely filed. Defendants' motion to dismiss is terminated.

    It appears, however, that the filed version of Plaintiff's amended complaint is not complete. It is only two pages long, whereas his original complaint was eleven pages long and had 18 pages of attachments, exclusive of the summons. Also, his amended complaint is not signed. A complaint in federal court must be signed by an attorney or, if a party is proceeding *pro se*, by the party himself. Fed. R. Civ. P. 11(a).

    Plaintiff may have until December 11, 2015 to file a complete, signed amended complaint. Defendants must file a motion to dismiss or responsive pleading by January 4, 2016. If Plaintiff does not file a revised amended complaint by December 11, 2015, the Court will strike the

1  amended complaint at ECF Number 27 and reinstate Defendants' motion to dismiss to the original
2  complaint.  Plaintiff's opposition to that motion is due January 4, 2016 and Defendants' reply is
3  due January 11, 2016.  The Court finds that the motion is suitable for decision without a hearing.
4  Civ. L.R. 7-1(b).

     IT IS SO ORDERED.

Dated:  November 25, 2015

                                      JON S. TIGAR
                              United States District Judge