United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH W. BALIK,<br><br>  Plaintiff,<br><br>  v.<br><br>TOY TALK, INC., et al.,<br><br>  Defendants. | Case No.  15-cv-04556-JST<br><br>**ORDER VACATING MOTIONS TO AMEND COMPLAINT**<br><br>Re: ECF Nos. 42, 43 |

Plaintiff has filed two motions to amend the complaint, the second of which was noticed for a hearing on February 11, 2016.  ECF Nos. 42, 43.  The Court notes that a motion to dismiss the currently operative Second Amended Complaint is already pending before this Court.  See ECF No. 41.  Accordingly, plaintiff's motions to amend are hereby vacated.  The Court will consider whether to grant leave to amend in its resolution of the motion to dismiss.

IT IS SO ORDERED.

Dated: January 7, 2016

_____
JON S. TIGAR
United States District Judge