UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH W. BALIK,<br><br>    Plaintiff,<br><br>    v.<br><br>TOY TALK, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-04556-JST<br><br>**ORDER RE: PLAINTIFF'S USE OF THE COURT'S COURTROOM DEPUTY E-MAIL** |

    Jeremiah W. Balik has filed this suit against Defendants Toy Talk and Mattel, Inc. See ECF No. 34 ("Second Amended Complaint"). During the pendency of this case, Mr. Balik has sent the undersigned's Courtroom Deputy numerous e-mails that he appears to believe are related to his case and should be shared with the Court. These e-mails include links to youtube.com videos and copies of e-mail chains pertaining to cases that are not before this Court.

    The Clerk's Office has repeatedly advised Mr. Balik that the use of the Courtroom Deputy's e-mail address should be limited to inquiries related to docketing or the scheduling of upcoming hearings. If Mr. Balik intends to communicate anything to the Court related to the merits of his case, he must do so in a properly filed submission with the Court. Mr. Balik has also been advised that he cannot e-file documents through the use of e-mail. He must instead file documents by paper or through the Court's CM/ECF system.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, Mr. Balik is hereby ordered to limit his use of the Courtroom Deputy e-mail address to inquiries related to scheduling or docketing. None of the e-mails sent to the Courtroom Deputy will be considered by this Court.

IT IS SO ORDERED.

Dated: January 26, 2016

_____
JON S. TIGAR
United States District Judge